JOHN GROBE, Appellant, *v.* ERIE COUNTY MUTUAL INSURANCE COMPANY et al., Respondents.

*Grobe* v. *Erie County Mut. Ins. Co.,* 39 App. Div. 183, affirmed.
(Argued January 15, 1902; decided January 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 16, 1899, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*A. J. Robertson* and *Frank Brundage* for appellant.

*John Cunneen* and *Jacob J. Stein* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

DANIEL REEHL et al., Respondents, *v.* WILLIAM H. MARTENS et al., as Executors of GERD MARTENS, Deceased, Appellants.

*Reehl* v. *Martens,* 54 App. Div. 626, affirmed.
(Submitted January 15, 1902; decided January 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1900, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*Terry Smith* for appellants.

*Robert McC. Robinson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.